No. 4,690.—STATE, APPELLANT, *v.* ANDREW B. BRADY,
RESPONDENT.

*Appeal from District Court, Silver Bow County; J. J.
Lynch, Judge.*

Decided March 8, 1921.

PER CURIAM.—Pursuant to *praecipe* filed by the attorney general, the appeal herein is dismissed.

*Mr. Wellington D. Rankin,* Attorney General, for Appellant.

*Mr. George Bourquin* and *Messrs. Nolan & Donovan,* for Respondent.